

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| WILLIAMS-PYRO, INC., | | No. 08-11-00355-CV |
| | § | |
| Appellant and Cross-Appellee, | | Appeal from |
| | § | |
| v. | | 153rd District Court |
| | § | |
| RHONDA BARBOUR, | | of Tarrant County, Texas |
| | § | |
| Appellee and Cross-Appellant. | | (TC # 153-223671-07) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee/Cross-Appellant recover from Appellant/Cross-Appellee and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, both in this Court and the court below for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 20TH DAY OF MARCH, 2013.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.
Antcliff, J., not participating